1-25-41036-JMM

2/28/25

I am asking the court to give extra time for the schedules to be filed. I would need the time to gather all additonal paperwork. Thanks in advance.

Best regards
Brittw applewite

RECEIVED
2025 FEB 28 P 4:32
CLERK
US BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK